Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

        Case No.:  21−15061−JKS
        Chapter:  7
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alberto D Guzman
   325 Thomas Ave
   Lyndhurst, NJ 07071

Social Security No.:
   xxx−xx−6583

Employer's Tax I.D. No.:

---

## CERTIFICATION OF NO OBJECTION

    I _Diana L. Reaves_ , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

325 Thomas Ave, Lyndhurst, NJ,


Dated: May 14, 2025
JAN: dlr

                                                Jeanne Naughton
                                                Clerk