UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RABINOWITZ, LUBETKIN & TULLY, LLC
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Jay L. Lubetkin, Esq.
Counsel to Jay L. Lubetkin, Chapter 7 Trustee

Order Filed on June 5, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ALBERTO GUZMAN,

　　　　　　　　　Debtor.

| | |
|---|---|
| Case No.: | 21-15061 |
| Hearing Date: | 6/5/2025 at 10:00 a.m. |
| Judge: | Sherwood |
| Chapter: | 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: June 5, 2025

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Rabinowitz, Lubetkin & Tully, LLC<br>Counsel to Chapter 7 Trustee | $16,052.50 | $1,348.97 |

*rev.8/1/15*