UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RABINOWITZ, LUBETKIN & TULLY, LLC
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Jay L. Lubetkin, Esq.
Counsel to Jay L. Lubetkin, Chapter 7 Trustee

Order Filed on June 5, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

  ALBERTO GUZMAN,

                    Debtor.

| | |
|---|---|
| Case No.: | 21-15061 |
| Hearing Date: | 6/5/2025 at 10:00 a.m. |
| Judge: | Sherwood |
| Chapter: | 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 5, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |
| Rabinowitz, Lubetkin & Tully, LLC<br>Counsel to Chapter 7 Trustee | $16,052.50 | $1,348.97 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re: | Case No. 21-15061-JKS
Alberto D Guzman | Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Jun 05, 2025      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2025:**

**Recip ID**     **Recipient Name and Address**
db     + Alberto D Guzman, 325 Thomas Ave, Lyndhurst, NJ 07071-3127

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2025 at the address(es) listed below:**

**Name**     **Email Address**

Barry J. Roy
    on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com rgaydos@rltlawfirm.com;jcoleman@rltlawfirm.com

David Gerardi
    on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov

Denise E. Carlon
    on behalf of Creditor LakeView Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough
    on behalf of Creditor LakeView Loan Servicing  LLC dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com

Jay L. Lubetkin
    jlubetkin@rltlawfirm.com
    NJ57@ecfcbis.com,rgaydos@rltlawfirm.com,mtuohey@rltlawfirm.com,lubetkin@remote7solutions.com

Jay L. Lubetkin
    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 05, 2025 | Form ID: pdf903 | Total Noticed: 1 |

        NJ57@ecfcbis.com,rgaydos@rltlawfirm.com,mtuohey@rltlawfirm.com,lubetkin@remote7solutions.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov

Yakov Rudikh

        on behalf of Debtor Alberto D Guzman rudikhlawgroup@gmail.com
        rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

TOTAL: 8