| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon<br>KML Law Group, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Lakeview Loan Servicing, LLC | Order Filed on June 30, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>    Guzman, Alberto D | Case No:    21-15061 JKS<br><br>Hearing Date: 6/24/2025 @ 10am<br><br>Judge:  John K. Sherwood |

| Recommend Local Form | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER GRANTING MOTION FOR RELIEF

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 30, 2025**

_(signature)_

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of <u>Lakeview Loan Servicing, LLC</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as Lot, Block ,    325 Thomas Avenue, Lyndhurst NJ 07071**

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

- ☐ Personal Property More Fully Described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable nonbankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/2023*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 21-15061-JKS
Alberto D Guzman                                                                                Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                  User: admin                             Page 1 of 2
Date Rcvd: Jun 30, 2025               Form ID: pdf903                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alberto D Guzman, 325 Thomas Ave, Lyndhurst, NJ 07071-3127 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2025                         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Barry J. Roy | on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com  rgaydos@rltlawfirm.com |
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| Denise E. Carlon | on behalf of Creditor LakeView Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor LakeView Loan Servicing  LLC dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com |
| Jay L. Lubetkin | jlubetkin@rltlawfirm.com NJ57@ecfcbis.com,rgaydos@rltlawfirm.com,mtuohey@rltlawfirm.com,lubetkin@remote7solutions.com |
| Jay L. Lubetkin | on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com |

District/off: 0312-2 — User: admin — Page 2 of 2
Date Rcvd: Jun 30, 2025 — Form ID: pdf903 — Total Noticed: 1

NJ57@ecfcbis.com,rgaydos@rltlawfirm.com,mtuohey@rltlawfirm.com,lubetkin@remote7solutions.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

Yakov Rudikh
on behalf of Debtor Alberto D Guzman rudikhlawgroup@gmail.com
rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

TOTAL: 8