Form 192 − aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  21−15061−JKS
Chapter:  7
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alberto D Guzman
   325 Thomas Ave
   Lyndhurst, NJ 07071

Social Security No.:
   xxx−xx−6583

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

   THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

   NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable John K. Sherwood on:

DATE:             September 18, 2025
TIME:             10:00 AM
LOCATION:         Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:            $20,000.00
TOTAL DISBURSEMENTS:       $742.21
BALANCE ON HAND:           $19,257.79

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Jay L. Lubetkin

COMMISSION OR FEES
2,750.00

EXPENSES
$0.00

The trustee's application to abandon the following property will be heard and acted upon:

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.


Dated: August 12, 2025
JAN: dlr

                                                             Jeanne Naughton
                                                             Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Alberto D Guzman  
    Debtor

Case No. 21-15061-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Aug 12, 2025      Form ID: 192      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alberto D Guzman, 325 Thomas Ave, Lyndhurst, NJ 07071-3127 |
| app | + | Jennifer M. Carpenter, 58 Mountain Avenue, Hawthorne, NJ 07506-3331 |
| r | + | Keller Williams Village Square Realty, 74 Godwin Avenue, Ridgewood, NJ 07450-3706 |
| 519241760 | + | Bergen County Special Civil Part, 10 Main St., Hackensack, NJ 07601-7042 |
| 519241770 | + | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 519335327 | | LAKEVIEW LOAN SERVICING, LLC c/o Flagstar Bank, FS, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 519241776 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: rgaydos@rltlawfirm.com | Aug 12 2025 20:51:00 | Rabinowitz, Lubetkin & Tully, L.L.C., 293 Eisenhower Parkway,, Suite100, Livingston,, NJ 07039-1711 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 12 2025 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 12 2025 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 12 2025 21:01:16 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| 519241762 | | Email/Text: BNBSB@capitalsvcs.com | Aug 12 2025 20:50:00 | Ccs/bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 519241759 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 12 2025 20:51:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519241766 | | Email/Text: correspondence@credit-control.com | Aug 12 2025 20:51:00 | Credit Control, LLC, PO Box 31179, Tampa, FL 33631-3179 |
| 519286419 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 12 2025 21:00:26 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519294504 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 12 2025 21:00:19 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519241761 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 12 2025 20:58:41 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519241765 | + | Email/Text: Webcollex@ebn.phinsolutions.com | Aug 12 2025 20:51:21 | Cks Prime Investments, P.o. Box 2856, Chesapeake, VA 23327-2856 |
| 519241767 | | Email/Text: mrdiscen@discover.com | | |

Case 21-15061-JKS    Doc 66    Filed 08/14/25    Entered 08/15/25 00:12:23    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 12, 2025 | Form ID: 192 | Total Noticed: 39 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 12 2025 20:50:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 519287001 | | Email/Text: mrdiscen@discover.com | Aug 12 2025 20:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519241768 | + | Email/Text: mrdiscen@discover.com | Aug 12 2025 20:50:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 519241763 | | Email/Text: BNSFN@capitalsvcs.com | Aug 12 2025 20:50:00 | Ccs/first National Ban, 500 East 60th St North, Sioux Falls, SD 57104 |
| 519241764 | | Email/Text: BNSFS@capitalsvcs.com | Aug 12 2025 20:50:00 | Ccs/first Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 519241771 | | Email/Text: BNBLAZE@capitalsvcs.com | Aug 12 2025 20:50:00 | Fsb Blaze, 500 E. 60th Street, Sioux Falls, SD 57104 |
| 519241769 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 12 2025 21:00:21 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 519288285 | + | Email/Text: bankruptcy@greenskycredit.com | Aug 12 2025 20:51:00 | Greensky, LLC, 1797 North East Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 519241773 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 12 2025 20:51:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 519289480 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2025 21:00:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519338095 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2025 21:00:07 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519241775 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2025 21:01:14 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 519334447 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 12 2025 20:51:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519241777 | | Email/Text: signed.order@pfwattorneys.com | Aug 12 2025 20:50:00 | Pressler, Felt, & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054 |
| 519292243 | | Email/Text: bnc-quantum@quantum3group.com | Aug 12 2025 20:51:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519241778 | + | Email/Text: bankruptcy@greenskycredit.com | Aug 12 2025 20:51:00 | Regions Bank/greensky, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 519241779 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 12 2025 21:01:11 | Syncb/shophq, Po Box 965005, Orlando, FL 32896-5005 |
| 519345317 | ^ | MEBN | Aug 12 2025 20:46:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519241780 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2025 20:59:04 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519241781 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Aug 12 2025 20:59:19 | Wells Fargo, 101 North Phillips Avenue, Sioux Falls, SD 57104-6714 |
| 519289620 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Aug 12 2025 20:59:21 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason    Name and Address**

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 12, 2025 | Form ID: 192 | Total Noticed: 39 |

| | | |
|---|---|---|
| 519241774 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |
| 519241772 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2025 at the address(es) listed below:**

**Name**          **Email Address**

Barry J. Roy
                  on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com  rgaydos@rltlawfirm.com

David Gerardi
                  on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov

Denise E. Carlon
                  on behalf of Creditor LakeView Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough
                  on behalf of Creditor LakeView Loan Servicing  LLC dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com

Jay L. Lubetkin
                  jlubetkin@rltlawfirm.com
                  NJ57@ecfcbis.com,rgaydos@rltlawfirm.com,mtuohey@rltlawfirm.com,lubetkin@remote7solutions.com

Jay L. Lubetkin
                  on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com
                  NJ57@ecfcbis.com,rgaydos@rltlawfirm.com,mtuohey@rltlawfirm.com,lubetkin@remote7solutions.com

U.S. Trustee
                  USTPRegion03.NE.ECF@usdoj.gov

Yakov Rudikh
                  on behalf of Debtor Alberto D Guzman rudikhlawgroup@gmail.com
                  rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

TOTAL: 8