UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION



IN RE:

ALBERTO D GUZMAN

Debtor(s).

CHAPTER 7

CASE NO.: 21-15061

**Order Filed on September 18, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

**DATED: September 18, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

AND NOW, 10th day of June, 2025, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $2,750.00 is reasonable compensation for the services in this case by Field 61, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $0.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.