UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:

ALBERTO D GUZMAN

Debtor(s).

CHAPTER 7

CASE NO.: 21-15061

Order Filed on September 18, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

DATED: September 18, 2025

Honorable John K. Sherwood
United States Bankruptcy Court

AND NOW, 10th day of June, 2025, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $2,750.00 is reasonable compensation for the services in this case by Field 61, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $0.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                          Case No. 21-15061-JKS
Alberto D Guzman                                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                  User: admin                  Page 1 of 2
Date Rcvd: Sep 18, 2025            Form ID: pdf903             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

**Recip ID**             **Recipient Name and Address**
db                    \+ Alberto D Guzman, 325 Thomas Ave, Lyndhurst, NJ 07071-3127

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2025                  Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:**

**Name**                **Email Address**

Barry J. Roy
     on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com rgaydos@rltlawfirm.com;vmazzeo@rltlawfirm.com

David Gerardi
     on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov

Denise E. Carlon
     on behalf of Creditor LakeView Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough
     on behalf of Creditor LakeView Loan Servicing LLC dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com

Jay L. Lubetkin
     jlubetkin@rltlawfirm.com
     NJ57@ecfcbis.com,rgaydos@rltlawfirm.com,mtuohey@rltlawfirm.com,lubetkin@remote7solutions.com

Jay L. Lubetkin

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 18, 2025 | Form ID: pdf903 | Total Noticed: 1 |

                on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com
                NJ57@ecfcbis.com,rgaydos@rltlawfirm.com,mtuohey@rltlawfirm.com,lubetkin@remote7solutions.com

U.S. Trustee

                USTPRegion03.NE.ECF@usdoj.gov

Yakov Rudikh

                on behalf of Debtor Alberto D Guzman rudikhlawgroup@gmail.com
                rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

TOTAL: 8